No. 92–728. TWIN CITY FIRE INSURANCE CO. ET AL. v. FORTUNATO, COMMISSIONER, NEW JERSEY DEPARTMENT OF INSURANCE. Sup. Ct. N. J. Motions of Connecticut Business & Industry Association and Institute for Justice et al. for leave to file

briefs as *amici curiae* granted.  Certiorari denied.